# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

UNITED STATES OF AMERICA,  )
                           )
                           )  CASE NO. 2:11-cr-00416-GMN-RJJ
                           )
              Plaintiff(s),)
                           )
  vs.                      )
                           )
ERIK MULLER,               )
                           )
              Defendant(s).)

## SUBSTITUTION OF ATTORNEY

__ERIK MULLER__ (~~Plaintiff~~) (Defendant) hereby substitutes
(Name of Party)

__RICHARD A. WRIGHT__
(New Attorney)

(Address): 300 S. Fourth Street, Suite 701, Las Vegas, NV 89101

(Telephone): 702-382-4004 , as attorney of record in place and

stead of: __REBECCA ROSENSTEIN__
(Present Attorney)

DATED: 1/18/12

(Signature of Party)

I consent to the above substitution.

DATED: 1/19/12

(Signature of Present Attorney)

...

...

...

1

6/95

I am duly admitted to practice in this District.
Above substitution accepted.

DATED: 1/10/12                           _____
                                         (Signature of New Attorney)

Please check one: __X__ RETAINED, or _____ APPOINTED BY THE COURT

APPROVED:

DATED: January 20, 2012                  _____
                                         ~~UNITED STATES DISTRICT JUDGE~~
                                         UNITED STATES MAGISTRATE JUDGE

2

6/95